■ ROBERT BOWERS, Appellant, v BOSTON PROPERTIES, INC., et al., Respondents. (And a Third-Party Action.) [828 NYS2d 809]— Appeal from order, Supreme Court, New York County (Carol Edmead, J.), entered on or about August 26, 2005, unanimously withdrawn in accordance with the terms of the stipulation of the parties hereto. No opinion. Order filed. Concur—Tom, J.P., Saxe, Nardelli, Gonzalez and Catterson, JJ.